1 | JULIE M. MCCOY, Bar no. 129640
2 | 485 E. 17TH ST.  SUITE 111
    COSTA MESA, CA 92627
    Telephone: (949) 722-0055
3 | Fax: (949) 722-8416

4 | Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 09-5262 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JOSEPH M. MELENDREZ, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Joseph M. Melendrez, in the principal amount of $3,736.07 plus interest accrued to July 9, 2009, in the sum of $5,837.73; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $46.59, for a total amount of $**9,620.39**.

DATED: 9/11/2009         By: L. RAYFORD
                             Clerk of the Court

                             _____
                             Deputy Clerk
                             United States District Court